UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLURESH, LLC, et al.,

    Plaintiffs,

v.

CITY OF GRAND RAPIDS,

    Defendant.
_____/

Case No. 1:25-cv-252

Hon. Hala Y. Jarbou

## COURT NOTICE

Chambers has reviewed the following courtesy copy and notifies the filer as follows:

TO:    William Thompson

RE:    Plaintiffs' reply (ECF No. 8)

REASON FOR NOTICE:    Judges' courtesy copy of Plaintiffs' reply is not properly bound.

RECOMMENDED ACTION:    None.

INFORMATION FOR FUTURE REFERENCE:    Pursuant to W.D. Mich. LCivR 10.2 and Chief Judge Jarbou's Information and Guidelines on the court website, Judges' courtesy copies must be bound with a fastener.  Paper clips and other types of clips shall not be used; fasteners shall pass through the pages.

Dated: April 7, 2025

/s/ A. Seymore
CASE MANAGER